# Third District Court of Appeal

**State of Florida**

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-100
Lower Tribunal No. 19-23903
_____

**Luis Marquez,**
Appellant,

vs.

**Michele Lazarow,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Law Firm of Juan-Carlos Planas, P.A., and Juan-Carlos Planas and Rosie Gil, for appellant.

Gunster, Yoakley & Stewart, P.A., and Thomas R. Julin and Timothy J. McGinn, for appellee.

Before FERNANDEZ, LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.